# MOTION DOCKET

**88–1524. State v. Johnson.**
Cuyahoga App. No. 53323. On motion to set execution date. Motion denied.
PFEIFER and COOK, JJ., dissent.

**94–1776. State ex rel. Patterson v. Indus. Comm.**
Franklin App. No. 93APD03–318. On motion to vacate and/or motion for relief from judgment. Motions denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**95–1774. L.J. Minor Corp. v. Breitenbach.**
Cuyahoga App. No. 67885. On motion for order to show cause. Motion denied.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**96–1997. State ex rel. Rea v. Ohio Dept. of Edn.**
In Mandamus. *Sua sponte,* this cause shall be set for oral argument.

**96–2578 and 97–14. J.A. Croson Co. v. J.A. Guy, Inc.**
Pickaway App. No. 95CA10. On motion to seal portions of record and Vol. II of supplement of United Association of Journeymen, etc., motion for admission *pro hac vice* of Robert L. Duston, and motion for admission *pro hac vice* of Terry R. Yellig. Motions granted.

**97–4. Dublin Senior Community, L.P. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–S–390. On motion to strike merit brief of appellant. Motion denied; *sua sponte,* extension of time granted to file.

**97–208. State ex rel. LTV Steel Co. v. Indus. Comm.**
Franklin App. No. 95APD12–1622. On motion to strike appellant's brief and supplement and for sanctions. Motion to strike denied and motion for sanctions denied.
LUNDBERG STRATTON, J., concurs except that she would strike the report by Dr. Kang.
MOYER, C.J., would grant the motion to strike and deny the motion for sanctions.

**97–578. State v. Furr.**
Hamilton App. No. C–940326. On motion for leave to file delayed appeal. Motion denied.

**97–630. State ex rel. Serv. Emp. Internatl. Union, Dist. 925 v. State Emp. Relations Bd.**
In Mandamus. On answer of respondent and on motion for judgment on the pleadings. *Sua sponte,* alternative writ granted.
*Sua sponte,* this cause is to be set for oral argument.
COOK, J., would defer ruling on oral argument until after briefing.

**97–667. State v. Dorsey.**
Summit App. No. 17468. On motion for leave to file delayed appeal. Motion denied.
RESNICK and COOK, JJ., dissent.

**97–673. State v. Schilling.**
Delaware App. No. 88CA38. On motion for leave to file delayed appeal. Motion denied.

**97–702. State v. Ellis.**
Franklin App. No. 95APA10–1399. On motion for leave to file delayed appeal. Motion denied.